IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN REISS and <br> SHAWN REISS, <br>     Plaintiffs, <br> vs. <br><br> LIFE INSURANCE COMPANY OF <br> NORTH AMERICA, a CIGNA Company, <br> QUEST DIAGNOSTICS, INC. and <br> EMMITT TINER, <br>     Defendants. | ) <br> ) <br> ) <br> )  Case No. 3:18-cv-183 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

*COME NOW* the Plaintiffs, Ryan Reiss and Shawn Reiss, by and through their attorney, James Richard Myers of Law Group of Illinois Ltd., and for this, their Status Report to the Court, state as follows:

1.    By Order entered August 1, 2018, this Court stayed these proceedings until the final death certificate indicating the manner of death of the decedent, Brenda Sue Reiss, is issued.

2.    Attached hereto is a copy of a death certificate issued by the State of Illinois indicating the manner of death of the decedent, Brenda Sue Reiss.

                            Respectfully Submitted,

                            RYAN REISS and
                            SHAWN REISS

                            __/s/ James Richard Myers__
                            James Richard Myers

James Richard Myers
IL ARDC #06225705
Attorney for the Ryan Reiss and Shawn Reiss
Law Group of Illinois Ltd.
303 S. Seventh St., P.O. Box 399
Vandalia, IL 62471
Telephone: (618) 283-3034
Fax: (618) 283-3037
Email: myers@lawgroupltd.com
File #15966.86001

# STATE OF ILLINOIS-DIVISION OF VITAL RECORDS
## SPRINGFIELD, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| STATE FILE NUMBER | 2017 0020402 |
| MEDICAL EXAMINER'S CASE NUMBER | EC030618P |
| DATE ISSUED | 3/15/2019 |
| DECEDENT'S LEGAL NAME | BRENDA SUE REISS |
| SEX | FEMALE |
| DATE OF DEATH | MARCH 06, 2017 |
| COUNTY OF DEATH | EFFINGHAM |
| AGE AT LAST BIRTHDAY | 52 YEARS |
| DATE OF BIRTH | [redacted] |
| CITY OR TOWN | DIETERICH |
| HOSPITAL OR OTHER INSTITUTION NAME | 10869 NORTH 2000TH STREET |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | EFFINGHAM, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | DIVORCED FROM MARRIAGE |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 10869 NORTH 2000TH STREET |
| APT. NO. | |
| CITY OR TOWN | DIETERICH |
| INSIDE CITY LIMITS? | NO |
| COUNTY | EFFINGHAM |
| STATE | IL |
| ZIP CODE | 62424 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | [redacted] |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | SUE ANN [redacted] |
| INFORMANT'S NAME | RYAN P REISS |
| RELATIONSHIP | SON |
| MAILING ADDRESS | 904 ARENZ STREET, BEARDSTOWN, IL, 62618 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | SAINT ALOYSIUS CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | DIETERICH, IL |
| DATE OF DISPOSITION | MARCH 11, 2017 |
| FUNERAL HOME | BAUER FUNERAL HOME, 1212 W EVERGREEN AVE, EFFINGHAM, IL, 62401 |
| FUNERAL DIRECTOR'S NAME | MALLORY JANE LOKER |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | [redacted] |
| LOCAL REGISTRAR'S NAME | KERRY J HIRTZEL |
| DATE FILED WITH LOCAL REGISTRAR | MARCH 7, 2018 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. DROWNING — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | YES |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | YES |
| FEMALE PREGNANCY STATUS | NOT PREGNANT WITHIN LAST YEAR |
| MANNER OF DEATH | ACCIDENT |
| DATE OF INJURY | MARCH 6, 2017 |
| TIME OF INJURY | 10:30 AM |
| PLACE OF INJURY | HOME |
| INJURY AT WORK? | NO |
| LOCATION OF INJURY | 10869 NORTH 2000TH STREET, DIETERICH, IL, 62424 |
| DESCRIBE HOW INJURY OCCURRED | DROWN IN BATHTUB |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | |
| DATE LAST SEEN ALIVE | |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | |
| DATE PRONOUNCED | MARCH 06, 2017 |
| TIME OF DEATH | 10:30 AM |
| CERTIFIER | MEDICAL EXAMINER/CORONER |
| DATE CERTIFIED | MARCH 07, 2018 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DAVID MAHON, 101 N FOURTH STREET STE 401, PO BOX 1244, EFFINGHAM, IL, 62401 |
| PHYSICIAN'S LICENSE NUMBER | |

039761

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Ngozi O. Ezike, MD
State Registrar

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Status Report** was served upon the parties of record electronically through the CM/ECF system on May 8, 2019, including:

James M. Brodzik
Don R. Sampen
Brian J. Riordan
Daniel K. Ryan
P.K. Johnson V

Under penalties of perjury as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

/s/ James Richard Myers
James Richard Myers

James Richard Myers
IL ARDC #06225705
Attorney for the Ryan Reiss and Shawn Reiss
Law Group of Illinois Ltd.
303 S. Seventh St., P.O. Box 399
Vandalia, IL 62471
Telephone: (618) 283-3034
Fax: (618) 283-3037
Email: myers@lawgroupltd.com
File #15966.86001