IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RYAN REISS and
SHAWN REISS,
Plaintiffs,

v.

QUEST DIAGNOSTICS, INC. and
EMMITT TINER,
Defendants.

Case No. 18–CV–00183–JPG

# ORDER

By agreement of the parties, the Clerk of Court is **DIRECTED** to distribute the funds held by the Court in the amount of $596,323.16 as follows:

1) The sum of $223,621.18 shall be distributed to "Ryan Reiss, Shawn Reiss, and James Richard Myers, their attorney" and mailed to James Richard Myers, 303 S. Seventh Street, Vandalia, Illinois 62471;

2) The sum of $347,730.94 shall be distributed to "Emmitt Tiner and P.K. Johnson, V, his attorney" and mailed to P.K. Johnson, V, 11 South High Street, Belleville, Illinois 62220; and

3) The sum of $24,971.04 shall be distributed to "Emmitt Tiner and P.K. Johnson, V, his attorney" and mailed to P.K. Johnson, V, 11 South High Street, Belleville, Illinois 62220. Said amount shall be forwarded by Emmitt Tiner or his attorney to The Reiss Family Endowment Fund, a permanent endowment fund at the University of Illinois Foundation, as a charitable gift from Emmitt Tiner.

**IT IS SO ORDERED.**

**Dated: Monday, December 16, 2019**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**