IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN REISS and SHAWN REISS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No.   3:18-cv-183 |
| LIFE INSURANCE COMPANY OF NORTH ) AMERICA, a CIGNA Company, QUEST ) DIAGNOSTICS, INC., and EMMITT TINER, ) ) | |
| Defendants. ) | |

## SUPPLEMENTAL MOTION TO DISBURSE FUNDS PURSUANT TO AGREEMENT OF THE PARTIES

NOW COMES Defendant, EMMITT TINER, by and through his attorney, P.K. Johnson, V, and for his SUPPLEMENTAL MOTION TO DISBURSE FUNDS, states:

1. This matter has been settled.

2. On December 16, 2019, this court entered an order distributing the interpleaded funds, in the amount of $596,323.16, to the parties, pursuant to the agreement of the parties.

3. The Clerk of Court has informed the undersigned that in addition to the funds distributed pursuant to the court entered on December 16, 2019, there remains on deposit with the Clerk of Court, additional interest in the amount of approximately $590.14.

4. The parties have agreed that the remaining funds shall be distributed as follows:

A.   THIRTY SEVEN AND ONE-HALF PERCENT (37.5%) of the funds remaining with the Clerk of Court shall be distributed to "Ryan Reiss, Shawn Reiss, and James Richard Myers, their attorney" and mailed to James Richard Myers, 303 S. Seventh Street, Vandalia, Illinois 62471;

B.   SIXTY TWO AND ONE-HALF PERCENT (62.5%) of the funds remaining with Clerk of Court shall be distributed to "Emmitt Tiner and P.K. Johnson, V, his attorney," and mailed to P.K. Johnson, V, 11 South High Street, Belleville, Illinois 62220.   Emmitt Tiner shall forward SIX AND 70/100 PERCENT (6.70 %) of the amount received by him

to The Reiss Family Endowment Fund, a permanent endowment fund at the University of Illinois Foundation, as a charitable gift from Emmitt Tiner.

WHEREFORE, Defendant, EMMITT TINER, respectfully requests that this court enter an order directing that the Clerk of Court disburse the funds as set forth herein, and for such other, further, and different relief as this court deems just and equitable.

/s/ P.K. JOHNSON V
P.K. Johnson, V, #06229507
JOHNSON, JOHNSON & NOLAN
Attorneys for Defendant Emmitt Tiner
11 S. High St.
Belleville, Illinois 62220-2102
(618) 277-3600

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2020, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

/s/ P.K. Johnson, V